

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00046-CV

**BOYNTON WILLIAMS & ASSOCIATES, PLLC**,
Appellant

v.

**DILLEY INDEPENDENT SCHOOL DISTRICT**, and Gallagher Construction Company, L.P.
D/B/A Gallagher Services,
Appellees

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 22-03-00059CVF
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is affirmed. Costs of appeal are assessed against Boynton Williams & Associates, PLLC.

SIGNED October 29, 2025.

_____
Velia J. Meza, Justice